IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CHAD BARKWELL | § | |
| VS. | § | CIVIL ACTION NO. 1:09-CV-1019 |
| STEVEN RICH, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Chad Barkwell, an inmate formerly confined at the Stiles Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983, against defendants Sharon Allen, Vivian L. Davis, Vera A. Breaux, and Steven Rich.

The Court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends defendants motion for summary judgment be granted and plaintiff's civil rights action be dismissed.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered

in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 24 day of **August, 2012.**

_____
Thad Heartfield
United States District Judge

in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 24 day of **August, 2012.**

_____
Thad Heartfield
United States District Judge